AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Olson, John K. | 2. Court or Organization<br><br>Florida Southern - Bankruptcy | 3. Date of Report<br><br>5/2/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>US Courthouse<br>299 E Broward Blvd.<br>Ft. Lauderdale, FL 33301 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/2/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Bloomberg LP, book royalties | $2,013.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Greenspoon Marder PA - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Business Law Section, The Florida Bar | Jan 9-10 | Orlando, FL | Section Meeting | Transportation, meals, room |
| 2. | American Bankruptcy Institute | Feb 8-9 | Miami, FL | conference | Transportation, meals, room |
| 3. | American Bar Association, Business Law Section | Apr 3-6 | Washington, DC | Section Spring Meeing | Transportation, meals, room |
| 4. | Business Law Section, The Florida Bar | April 17-24 | Napa, CA | Spring Meeting | Transportation, meals, room |
| 5. | Bloomberg, LP | Apr 25-26 | New York, NY | Editorial Board Meeting | Transportation, meals, room |

| | | | |
|---|---|---|---|
| **Name of Person Reporting** Olson, John K. | | **Date of Report** 5/2/2014 | |

| | | | | |
|---|---|---|---|---|
| 6. | Bankruptcy Bar Association, Southern District of Florida | May 9-12 | Palm Beach, FL | Annual Retreat, CLE | Transportation, meals, room |
| 7. | Turnaround Management Association | May 31 | Hollywood, FL | Seminar | Transportation, meals |
| 8. | Business Law Section, The Florida Bar | June 26-28 | Boca Raton, FL | Annual meeting | Transportation, meals, room |
| 9. | American Bar Association, Business Law Section | August 12-14 | San Francisco, CA | Annual meeting | Transportation, meals, room |
| 10. | Business Law Section, The Florida Bar | Aug 30 - Sept 2 | Boca Raton, FL | Annual retreat | Transportation, meals, room |
| 11. | American Bar Association, Business Law Section | Oct 30 - Nov 2 | Atlanta, GA | Fall Meeting Business Bankruptcy Committee | Transportation, meals (partial), room (partial) |
| 12. | National Conference of Bankruptcy Judges | Oct 30 - Nov 2 | Atlanta, GA | Annual Meeting | Meals (partial), room (partial) |
| 13. | Commercial Law League | Oct 31 | Atlanta, GA | CLE program | Meal |
| 14. | Business Law Section, The Florida Bar | Nov 7-8 | Miami, FL | Seminar | Transportation, meals, room |
| 15. | Bloomberg, LP | Dec 5-6 | Alexandria, VA | Editorial Board Meeting | Transportation, meals, room |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/2/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Raymond James Brokerage account cash balance | A | Interest | J | T | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. - First Eagle Global Fund | A | Int./Div. | K | T | | | | | |
| 4. - First Eagle US Value Fund | A | Int./Div. | K | T | | | | | |
| 5. - Ivy Asset Strategy Fund | A | Int./Div. | K | T | | | | | |
| 6. - PIMCO Low Duration Fund | A | Int./Div. | | | Buy | 06/14/13 | J | | |
| 7. - PIMCO Total Return Fund | A | Int./Div. | | | Sold | 06/14/13 | J | D | |
| 8. - PIMCO All Asset All Auth Fund | A | Int./Div. | K | T | Buy | 06/20/13 | K | | |
| 9. - Thornburg Limited Term Income Fund | A | Interest | J | T | | | | | |
| 10. - RJ Bank | A | Interest | J | T | Buy | 06/20/13 | J | | |
| 11. IRA #2 | | | | | | | | | |
| 12. - American Balanced Fund | A | Int./Div. | | | Sold | 10/10/13 | K | | |
| 13. - Dreyfus Strategic Value Fund | A | Int./Div. | K | T | | | | | |
| 14. - First Eagle Global Fund | B | Int./Div. | M | T | | | | | |
| 15. First Eagle Fund of America | A | Int./Div. | K | T | | | | | |
| 16. - Ivy Asset Strategy Fund | A | Int./Div. | K | T | | | | | |
| 17. - PIMCO Low Duration Fund | A | Int./Div. | | | Sold | 10/10/13 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - PIMCO Total Return Fund | A | Int./Div. | | | Sold | 10/10/13 | J | | |
| 19.   - PIMCO Short Term Fund (X) | A | Int./Div. | K | T | | | | | |
| 20.   - PIMCO Unconstrained Bond Fund | A | Int./Div. | K | T | | | | | |
| 21.   - Thornburg Limited Term US Government Fund | A | Interest | K | T | | | | | |
| 22.   - Thornburg Limited Term Income Fund | A | Interest | K | T | | | | | |
| 23.   - Thornburg Investment Income Builder Fund | C | Int./Div. | L | T | | | | | |
| 24.   - Raymond James Bank cash balance | A | Interest | J | T | | | | | |
| 25.   IRA #3 | | | | | | | | | |
| 26.   - American Balanced Fund | A | Int./Div. | K | T | | | | | |
| 27.   - Davis New York Venture Fund Class A | A | Dividend | J | T | | | | | |
| 28.   - Dreyfus Strategic Value Fund (X) | A | Int./Div. | J | T | | | | | |
| 29.   - First Eagle Global Fund | A | Int./Div. | K | T | | | | | |
| 30.   - First Eagle US Value Fund | A | Int./Div. | K | T | | | | | |
| 31.   - Ivy Asset Strategy Fund | A | Int./Div. | J | T | | | | | |
| 32.   - PIMCO Low Duration Fund | A | Int./Div. | K | T | | | | | |
| 33.   - PIMCO Total Return Fund | A | Int./Div. | K | T | | | | | |
| 34.   - Thornburg Limited Term US Govt Fund | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Raymond James Bank cash balance | A | Interest | J | T | | | | | |
| 36. Trust #1 | | | | | | | | | |
| 37. - Eagle (fka Heritage) Municipal Cash Trust | A | Interest | J | T | | | | | |
| 38. Phoenix Ventures, Inc. common | | None | J | U | | | | | |
| 39. Investment Account #1260 | | | | | | | | | |
| 40. - Invesco Van Kampen Capital Growth Fund (X) | A | Int./Div. | K | T | | | | | |
| 41. - Invesco Van Kampen Enterprise Fund (X) | A | Int./Div. | K | T | | | | | |
| 42. Invesco Van Kampen Global Equity Allocation Fund (X) | A | Int./Div. | K | T | | | | | |
| 43. Investment Account # 9041 | | | | | | | | | |
| 44. - Invesco Van Kampen Global Equity Allocation Fund (X) | A | Int./Div. | J | T | | | | | |
| 45. Investment Account #0751 | | | | | | | | | |
| 46. - Invesco Van Kampen Capital Growth Fund (X) | A | Int./Div. | K | T | | | | | |
| 47. Investment Account # 0424 | | | | | | | | | |
| 48. - Invesco Van Kampen Enterprise Fund (X) | A | Int./Div. | K | T | | | | | |
| 49. Retirement Account #4011 | | | | | | | | | |
| 50. - Alger Smidcap Growth | | | | | | | | | |
| 51. - AQR Multi Strategy Alt Fund | | | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - BBH Core Select Fund | A | Int./Div. | K | T | | | | | |
| 53.   - Columbia Midcap Index Fund | A | Int./Div. | K | T | | | | | |
| 54.   - Eaton Vance Large Cap Value Fund | A | Int./Div. | | | | | | | |
| 55.   - Etracs Alerian Mlp Etn | A | Int./Div. | K | T | | | | | |
| 56.   - FPA Crescent Fund | A | Int./Div. | K | T | | | | | |
| 57.   - PIMCO Commodity RR Strategic Fund | A | Int./Div. | J | T | | | | | |
| 58.   - T Rowe Price Inst L/C Growth Fund | A | Int./Div. | K | T | | | | | |
| 59.   - Heartland Value Plus Find | A | Int./Div. | J | T | | | | | |
| 60.   - TFS Market Neutral Fund | | Int./Div. | J | T | | | | | |
| 61.   - TIAA-CREF S&P 500 Index | B | Int./Div. | L | T | | | | | |
| 62.   - Wells Fargo Growth Fund | | Int./Div. | K | T | | | | | |
| 63.   - RS Global Natural Resources | A | Int./Div. | J | T | | | | | |
| 64.   - Eaton Vance Global Macro Absolute Return Fund | A | Int./Div. | J | T | | | | | |
| 65.   - JP Morgan Core Bond Fund | A | Interest | J | T | | | | | |
| 66.   - JP Morgan Government Bond Fund | A | Interest | J | T | | | | | |
| 67.   - Osterweis Strategic Income Fund | B | Interest | K | T | | | | | |
| 68.   - PIMCO Income Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/2/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Templeton Global Total Return Fund | A | Int./Div. | J | T | | | | | |
| 70.  - PIMCO All Asset All Authority Fund | A | Interest | J | T | | | | | |
| 71.  Family Limited Partnership - F | | | | | | | | | |
| 72.  - Energy Income & Growth Fund | A | Int./Div. | J | T | | | | | |
| 73.  - Eaton Vance Tax Adv Global Div Oppty Fund | A | Int./Div. | J | T | | | | | |
| 74.  - Ishares Inc Australia Index Fund | A | Int./Div. | J | T | | | | | |
| 75.  - Ishares Inc Global Telecomm Sector Index Fund | A | Int./Div. | J | T | | | | | |
| 76.  - Ishares Inc CDA Index Fund | A | Int./Div. | J | T | | | | | |
| 77.  - Market Vectors Trust Agribusiness EFT | A | Int./Div. | J | T | | | | | |
| 78.  - SPDR Sector SBI Energy Fund | A | Int./Div. | J | T | | | | | |
| 79.  - SPDR Sector Series Tr S&P Oil & Gas Equipt & Svcs ETF | A | Int./Div. | J | T | | | | | |
| 80.  - SPDR Series Tr S&P Metals & Mining | A | Int./Div. | J | T | | | | | |
| 81.  - Vanguard Div Apprec ETF | A | Int./Div. | J | T | | | | | |
| 82.  - Nuveen Select Maturities Muni Fund | A | Interest | J | T | | | | | |
| 83.  - Vanguard Short Term Tax Exempt Fund | A | Interest | J | T | | | | | |
| 84.  - UBS CashFund Inc. | A | Interest | J | T | | | | | |
| 85.  - T | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/2/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - ADP | A | Int./Div. | J | T | | | | | |
| 87. - BR | A | Int./Div. | J | T | | | | | |
| 88. - EXBO | A | Int./Div. | J | T | | | | | |
| 89. - ECA | A | Int./Div. | J | T | | | | | |
| 90. - INFY | A | Int./Div. | J | T | | | | | |
| 91. - SAYCY | A | Int./Div. | J | T | | | | | |
| 92. - SLB | A | Int./Div. | J | T | | | | | |
| 93. - SBCF | A | Int./Div. | J | T | | | | | |
| 94. - WIT | A | Int./Div. | J | T | | | | | |
| 95. - GCH | A | Int./Div. | J | T | | | | | |
| 96. - EFA | A | Int./Div. | J | T | | | | | |
| 97. - EEM | A | Int./Div. | J | T | | | | | |
| 98. - CVTCX | A | Int./Div. | J | T | | | | | |
| 99. - VEECX | A | Int./Div. | J | T | | | | | |
| 100. - TEGBX | A | Interest | J | T | | | | | |
| 101. - PTTCX | A | Int./Div. | J | T | | | | | |
| 102. - GYB | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/2/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - FESGX | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/2/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John K. Olson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544